BENNY D. BARCO　#253924
**BARCO LAW, A Professional Corporation**
642 Pollasky Ave., Ste 200
Clovis, CA  93612
Telephone: (559) 575-0577
bbarco@barcolaw.com

Attorney for: Debtor REYMUNDO A. GARZA

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO A. GARZA<br><br>　　　　　Debtor. | CASE NO.: 20-10489-B-13<br><br>Chapter 13<br><br>DCN:　　BDB-2<br><br>DATE:　　APRIL 15, 2020<br>TIME:　　9:30 a.m.<br>PLACE:　U.S. Bankruptcy Court<br>　　　　　2500 Tulare Street,<br>　　　　　5th Floor, Court Room 13<br>　　　　　Fresno, CA  93721<br>JUDGE:　RENÉ LASTRETO II |

**DECLARATION OF REYMUNDO A. GARZA IN SUPPORT OF MOTION TO VALUE COLLATERAL OF WELLS FARGO DEALER SERVICES, INC.**

I, REYMUNDO A. GARZA, declare as follows:

1.　　I am the Debtor in the above captioned case. I have personal knowledge of the facts stated in this declaration. If the Court or a party were to call upon me to do so, I could and would competently testify to the facts stated herein under oath.

2.　　At the time of the commencement of the above captioned case, I owned and still own the personal property, to wit: a 2016 Hyundai Veloster, 31,000 miles, in fair condition.

3.　　I purchased the vehicle on or about November 16, 2016, which is more than 910 days prior to the day I filed this case.

4.　　As of the commencement of the case, the personal property had a fair market value of $13,025.00. My opinion of the value is based on personal knowledge of the vehicle as

owner, and familiarity with the vehicle and like vehicles of the same make, model and age. Additionally, the current NADA Guide Average Retail value of the 2016 Hyundai Veloster is $13,025.00. Attached as Exhibit A of the EXHIBIT TO MOTION TO VALUE COLLATERAL OF WELLS FARGO DEALER SERVICES, INC., is a true and correct copy of the NADA Guide average retail value online report which references the retail value of a 2016 Hyundai Veloster.

6. Based on the current condition of the vehicle, I do not believe that it could be replaced for more than $13,025.00 and believe that anyone trying to sell it would be unlikely to get that much for it.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 17, 2020 at Clovis, California.

Respectfully submitted,

Dated: March 17, 2020  /s/ REYMUNDO A. GARZA  
REYMUNDO A. GARZA, Debtor