| | |
|---|---|
| 1 | **2**<br>BENNY D. BARCO  #253924 |
| 2 | **BARCO LAW, A Professional Corporation**<br>642 Pollasky Ave., Ste 200 |
| 3 | Clovis, CA  93612<br>Telephone: (559) 575-0577 |
| 4 | bbarco@barcolaw.com |
| 5 | Attorney for: Debtor REYMUNDO A. GARZA |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO A. GARZA<br><br><br><br>Debtor. | CASE NO.: 20-10489-B-13<br><br>Chapter 13<br><br>DCN:     BDB-2<br><br>DATE:   APRIL 15, 2020<br>TIME:   9:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>           2500 Tulare Street,<br>           5th Floor, Court Room 13<br>           Fresno, CA  93721<br>JUDGE:  RENÉ LASTRETO II |

**EXHIBIT TO MOTION TO VALUE COLLATERAL
OF WELLS FARGO DEALER SERVICES, INC.**

**EXHIBIT A**: NADA GUIDE VALUATION…………………………….2

-1-

 NADAguides Value Report 2/20/2020

# 2016 Hyundai Veloster
Coupe 3D I4

CHANGE CAR    COMPARE

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $7,725 | $8,750 | $9,575 | $11,750 |
| Mileage (31,000) | $1,275 | $1,275 | $1,275 | $1,275 |
| Total Base Price | $9,000 | $10,025 | $10,850 | $13,025 |
| Options |  |  |  |  |
| Price + Options | $9,000 | $10,025 | $10,850 | $13,025 |
| Certified Pre-Owned (CPO) ⓘ |  |  |  | +$875 |
| Certified Price with Options |  |  |  | $13,900 |

/